No. 380. Great Atlantic & Pacific Tea Co. v. Louisiana. October 24, 1938. Petition for writ of certiorari

638

to the Supreme Court of Louisiana denied for the reason that the judgment sought herein to be reviewed is based upon a non-federal ground adequate to support it. *Mr. Hugh M. Wilkinson* for petitioner. *Messrs. Gaston L. Porterie, Justin C. Daspit, F. A. Blanche,* and *E. Leland Richardson* for respondent.